UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES BELL,

            Plaintiff,

-against-

INTERGEN HEALTH MANAGEMENT,

            Defendant.

1:22-CV-9140 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated August 29, 2022, in *Bell v. Intergen Health Mgmt.*, 1:22-CV-7338, the Court directed Plaintiff to submit, within 30 days, a signed signature page for his complaint in that action because the complaint lacked a signature page with Plaintiff's original signature. ECF 1:22-CV-7338, 3. Plaintiff has not submitted a signature page in that action. On October 24, 2022, Plaintiff filed the complaint that commenced the present action; it is virtually identical to the complaint filed in *Bell*, 1:22-CV-7338, and Plaintiff has signed it.

    In light of the fact that Plaintiff is proceeding *pro se* in both *Bell*, 1:22-CV-7338, and in the present action, the Court construes the complaint filed in the present action as an amended complaint, filed in compliance with the Court's August 29, 2022, order, in *Bell*, 1:22-CV-7338.

    The Court directs the Clerk of Court to file the complaint in the present action, ECF 1:22-CV-9140, 1, as an amended complaint in *Bell*, 1:22-CV-7338. The Court also directs the Clerk of Court to administratively close this action, and to docket a copy of this order in *Bell*, 1:22-CV-7338.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 28, 2022
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge